IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>as subrogee of Broad Institute Inc.<br>15 Mountain View Road<br>Warren, NJ 07059,<br><br>               Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br>77 Massachusetts Avenue<br>Cambridge, MA 02139,<br><br>               Defendant. | CIVIL ACTION NO.<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, Federal Insurance Company, as subrogee of Broad Institute Inc., through its counsel, upon information and belief, hereby asserts the following:

## THE PARTIES

1. Plaintiff, Federal Insurance Company [hereinafter "Federal"], is a corporation organized and existing under the laws of the State of Indiana, with its principal place of business located at 15 Mountain View Road, Warren, New Jersey.

2. At all material times hereto, Plaintiff Federal was duly authorized to issue policies of insurance within the Commonwealth of Massachusetts.

3. Defendant, Massachusetts Institute of Technology [hereinafter "MIT"], is a non-profit organization existing under the laws of the Commonwealth of Massachusetts, with its principal place of business located at 77 Massachusetts Avenue, Cambridge, Massachusetts.

## JURISDICTION AND VENUE

4. The jurisdiction of this court is proper pursuant to 28 USC §1332 as this action is between citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

5. Venue is proper in this district pursuant to 28 USC §1391 as the events or omissions giving rise to the claims at issue occurred within this district and defendant is subject to personal jurisdiction within the district.

## GENERAL AVERMENTS

6. At all times material hereto, Broad Institute, Inc. [hereinafter "Broad Institute"] occupied laboratory space at MIT building 46 [hereinafter "the laboratory"].

7. At all times material hereto, Federal insured Broad Institute's interest at the laboratory.

8. At all times material hereto, Defendant MIT supplied mice to Broad Institute to use in the laboratory.

9. In or about June 2014, Broad Institute was notified that the mice provided by MIT were infected by pinworms.

10. As a result, Broad Institute's laboratory equipment became contaminated due to the exposure to the infected mice.

11. Given the damage, Broad Institute submitted a claim to Plaintiff Federal, and pursuant to the terms and conditions of its policy of insurance, Plaintiff Federal has paid the fair and reasonable value and cost of the resulting damage, as covered under the applicable policy.

12. To the extent of its payments, Plaintiff Federal is subrogated to the rights of Broad Institute.

## COUNT I – NEGLIGENCE

13. Plaintiff incorporates the preceding averments by reference.

14.     The resulting laboratory damage was caused by the negligence, carelessness, gross negligence and/or negligent omission of Defendant MIT, its agents, servants and/or employees acting within the course and scope of their employment, as follows:

(a)     providing infected mice to Broad Institute;

(b)     failing to adequately inspect the mice to insure they were free of pinworms;

(c)     failing to promptly warn Plaintiff's insured that the mice they provided may have been infected by pinworms; and

(d)     otherwise causing or allowing Broad Institute's laboratory to become contaminated.

15.     As a direct and proximate result of the aforesaid negligence, carelessness, gross negligence and/or negligent omission, the contamination occurred and caused substantial damage.

WHEREFORE, Plaintiff Federal demands judgment against Defendant MIT, together with pre and post-judgment interest, the cost of this suit, and such other and further relief as may be awarded by the court.

>                            Plaintiff Federal Insurance Company, a/s/o
>                            Broad Institute, Inc.
>                            By Its Attorneys,

CO-COUNSEL:  
James P. Cullen, Jr. BBO# 675217  
Cozen O'Connor  
1900 Market Street  
Philadelphia, PA  19103  
(215) 665-4102  
jcullen@cozen.com  

 /s/ Patrick J. Loftus III  
Patrick J. Loftus, III BBO # 303310  
Law Offices of Patrick J. Loftus, III  
9 Park Street, Suite 500  
Boston, MA  02108  
(617) 723-7770  
soxdctr@gmail.com